IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WATKINS STRATEGY & RESOURCE GROUP, LLC     PLAINTIFF

VS.     CIVIL ACTION NO. 3:06-CV-44BS

WLC, LLC d/b/a THE LEARNING TOGETHER COMPANY     DEFENDANT

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, without prejudice.

SO ORDERED this the 23rd day of May, 2006.

                   s/ William H. Barbour, Jr.
                   UNITED STATES DISTRICT JUDGE

blj